"O"

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   Case No.: CR93-225-SJO
　　　　　　　　Plaintiff, )   ORDER OF DETENTION AFTER
　　　　　　　　　　　　　 )   HEARING
　　　　vs.　　　　　　　 )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
Hernandez, William Gregg  )   § 3143(a)]
　　　　　　　　　　　　　 )
　　　　　　　　Defendant. )

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ CD CA _____,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on background, cmty ties unknown due to failure to interview; bail resources unknown; history of non compliance with

1   Supervision conditions; ongoing substance abuse
2   problem

3   and/or

4  B.      ☒ The defendant has not met his/her burden of establishing by clear and
5   convincing evidence that he/she is not likely to pose a danger to the safety of any
6   other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7   finding is based on _____ criminal history record, incl
8   commission of underlying offenses while
9   under supervision; ongoing substance
10   abuse problem

11

12

13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

15

16  DATED: ___12/15/11___

17          ROBERT N. BLOCK
            UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

Page 2 of 2